OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 That Court specifically affirmed the hearing court’s finding that defendant’s statements were not the product of custodial interrogation. The court’s ruling constitutes a determination on a mixed question of law and fact and, inasmuch as there is support in the record for the determination, it is beyond further review by this Court. Thus, the statements made by defendant in response to the questions of a police officer on the street were admissible despite the lack of prior
 
 Miranda
 
 warnings.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.